IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**RACHEL HIGGINS, as**
**Guardian Ad Litem for B.P.,**
**A minor child,**

    Plaintiff,

v.                                                    Case No. 1:17-CV-00234 WPL/LF

**BRITTNY SAAVEDRA, in her personal**
**capacity acting under color of state law;**
**DEBORAH GARTMAN, in her personal**
**capacity acting under color of state law;**
**MARK A. GARCIA, in his personal**
**capacity acting under color of state law;**
**SHONN SCHROER, in his personal**
**capacity acting under color of state law;**
**CYNTHIA SOO HOO, in her personal**
**capacity acting under color of state law;**
**and ALBUQUERQUE PUBLIC SCHOOLS**
**DISTRICT,**

    Defendants.

## STIPULATED ORDER RESETTING DISCOVERY DEADLINE

**THIS MATTER** came before this Court on the parties' Stipulated Motion to Extend Deadline to Complete Discovery and Respond to Defendants' Motion for Partial Summary Judgment. This Court reviewed the Motion and arguments made therein and considered that all the parties to this litigation do not oppose this Motion. Accordingly, this Court finds that the Stipulated Motion to Extend Deadline to Complete Discovery and Respond to Defendants' Motion for Partial Summary Judgment is well-taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that

I. The parties' Stipulated Motion to Extend Deadline to Complete Discovery and Respond to Defendants' Motion for Partial Summary Judgment is granted; and

II. The deadline to complete discovery and the deadline for Plaintiff to file her Response to Defendants' Motion for Summary Judgment are extended by five additional weeks.

*William P. Lynch*
The Honorable William P. Lynch
United States Magistrate Judge

Respectfully submitted by:

ROBLES, RAEL & ANAYA, P.C.

By: /s/ Luis Robles
Luis Robles
Lindsay Drennan
Attorneys for APS Defendants
500 Marquette Ave. NW, Suite 700
Albuquerque, New Mexico  87102
(505) 242-2228
(505) 242-1106 (facsimile)
Luis@roblesrael.com
Lindsay@roblesrael.com

APPROVED BY:

MARTINEZ, HART, THOMPSON
& SANCHEZ, P.C.

By: Approved 8/23/2017 via email
F. Michael Hart
Kelly Stout Sanchez
Julio C. Romero
1801 Rio Grande Blvd., NW, Suite A

Albuquerque, NM 87104
(505) 343-1776
(505) 344-7709 - Facsimile
kellys@osolawfirm.com
mikeh@osolawfirm.com
julior@osolawfirm.com

and

Mollie C. McGraw
McGraw & Strickland, LLC
165 West Lucero Avenue
Las Cruces, NM 88005
(575) 523-4321
mollie@lawfirmnm.com