IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RACHEL HIGGINS, as
Guardian Ad Litem for B.P.,
a minor child,

    Plaintiff,

vs.                                                        1:17-cv-00234-RB-LF

BRITTNY SAAVEDRA, in her personal capacity
acting under color of state law; DEBORAH GARTMAN,
in her personal capacity acting under color of state law;
MARK A. GARCIA, in his personal capacity acting under
color of state law; SHONN SCHROER, in his personal
capacity acting under color of state law; CYNTHIA
SOO HOO, in her personal capacity acting under color of
state law; and ALBUQUERQUE PUBLIC SCHOOL DISTRICT,

    Defendants.

## ORDER ADOPTING JOINT STATUS REPORT
## AND PROVISIONAL DISCOVERY PLAN

At the Rule 16 scheduling conference held on March 9, 2018, the Court reviewed the attorneys' Joint Status Report and Provisional Discovery Plan (Doc. 102), filed on February 26, 2018, and adopted it as modified by the dates provided in the Court's Scheduling Order (Doc. 106), filed concurrently with this Order.

_____
Laura Fashing
United States Magistrate Judge